UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

McKENNA G. WARNER,

      Plaintiff,                      CASE NO. 1:19-cv-00385

v.                                          JUDGE District Judge: Timothy S. Black
                                          Magistrate Judge: Karen L. Litkovitz

THE UNITED STATES OF AMERICA,

      Defendant.

### DISMISSAL ORDER

        This day came the Plaintiff, McKenna G. Warner, by and through counsel, R. Matthew Vital and Vital & Vital, L.C., and represented to the Court that the above-styled action having been fully compromised, agreed and settled as to all parties, moves this Court for an Order dismissing said action, with prejudice, as to all parties. The Court having reviewed the record and being otherwise sufficiently advised, it is therefore ORDERED, ADJUDGED and DECREED that this matter be dismissed from the docket of this Court, with prejudice, as to all claims and all parties, with each party bearing their own costs and attorney fees.

        The Clerk is directed to send certified copies of this Order to all counsel of record.

        ENTERED: This  10   day of May, 2021.

                                                                        *s/Timothy S. Black*
                                                                   United States District Judge

Prepared by:

s/ R. Matthew Vital
R. Matthew Vital, Esquire (Ohio Bar No. 0078984)
VITAL & VITAL, L.C.
536 Fifth Avenue
Huntington, WV  25701
(304) 525-0320
E-mail: rmvital@vitallc.com
*Counsel for the Plaintiff*